302 U.S. 761
 58 S.Ct. 369
 82 L.Ed. 591
 GENERAL BAKING COMPANY, petitioner,
v.
Luther A. HARR (Successor to William D. Gordon), Secretary of Banking for the Commonwealth of Pennsylvania, etc., et al.
 No. 591.
 Supreme Court of the United States
 December 20, 1937
 
 Mr. George E. Beechwood, of Philadelphia, Pa., for petitioner.
 
 
 1
 For opinion below, see 92 F.2d 162.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.
 
 
 3
 Rehearing denied 302 U.S. 781, 58 S.Ct. 480, 82 L.Ed. ——.